IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HASKELL ARMOND WILLIAMSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-22-00395-JD |
| ) | |
| SCOTT NUNN, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On May 19, 2022, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation [Doc. No. 5] on Petitioner Haskell Armond Williamson's application for leave to proceed in forma pauperis [Doc. No. 2]. Judge Green found that Williamson had sufficient funds to pay the $5.00 filing fee, recommended that Williamson's application be denied, and recommended that Williamson be ordered to pay the full filing fee for this action to proceed.

On May 31, 2022, Williamson timely paid the $5.00 filing fee. [Doc. No. 8.]. He also submitted a letter stating he intended to pay the filing fee. [Doc. No. 7]. He did not object to the Report and Recommendation.

Upon its review, the Court ACCEPTS and ADOPTS the Report and Recommendation [Doc. No. 5], which denies Williamson's application for leave to proceed in forma pauperis [Doc. No. 2], for the reasons stated in the Report and Recommendation. Because Williamson has now paid the $5.00 filing fee, the Court RE-REFERS this action to Judge Green for further proceedings consistent with 28 U.S.C.

§ 636 and Federal Rule of Civil Procedure 72.

IT IS SO ORDERED this 9th day of June 2022.

*[signature]*
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE